Form 1-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**

FORM 1

THIS INDEX NUMBER MUST
BE SHOWN ON ALL PAPERS
FILED WITH THE COURT

08-00149

| PACIFIC WORLD CORPORATION |
| Plaintiff, |
| v. |
| UNITED STATES, |
| Defendant. |

**SUMMONS**

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

/s/ Tina Potuto Kimble
Clerk of the Court

**PROTEST**

| Port of Entry: | Los Angeles, CA | Date Protest Filed: | 12/03/07 |
|---|---|---|---|
| Protest Number: | 2506-07-100037 | Date Protest Denied: | 02/22/08 |
| Importer: | Pacific World Corporation | | |
| Category of Merchandise: | Artificial Nails | | |

**ENTRIES INVOLVED IN ABOVE PROTEST**

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| GO1-0220956-9 | 08/17/06 | 06/29/07 | GO1-0225571-1 | 10/31/06 | 09/14/07 |
| GO1-0221971-7 | 09/01/06 | 07/13/07 | GO1-0227149-4 | 11/28/06 | 10/12/07 |
| GO1-0223903-8 | 10/06/06 | 08/17/07 | GO1-0228887-8 | 12/20/06 | 11/02/07 |
| GO1-0224666-0 | 10/16/06 | 08/31/07 | | | |

Port Director,
US Customs & Border Protection
9777 Via De La Amistad
San Diego, CA. 92154

Address of Customs Port in
Which Protest was Denied

Michael E. Roll, Esq. c/o
Pisani & Roll, PLLC
1875 Century Park East, Suite 600
Los Angeles, CA 90067
(310) 826-4410

Name, Address and Telephone Number
of Plaintiff's Attorney

Form 1-2

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Paragraph or Item Number | Rate | Paragraph or Item Number | Rate |
| Artificial Nails | 3926.40.0000 | 5.3% | 3304.30.0000 | Free |

**Other**
State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

The issue which was common to all such denied protests: Whether artificial nails and nail kits should be classified in heading 3304 per GRIs 1 and 3.

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in the importer's behalf. The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

*Signature of Plaintiff's Attorney*

*Date: April 24, 2008*